### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANYA HARP,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 24-CV-6721<br>: |
| BANK OF AMERICA,<br>    Defendant. | :<br>: |

### ORDER

This 8th day of April 2025, upon consideration of Plaintiff Canya Harp's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                         **BY THE COURT:**

                                         **/s/ Gerald Austin McHugh**
                                         **GERALD A. MCHUGH, J.**